

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ERICK HERNANDEZ, | § | No. 08-17-00255-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 171st District Court |
| | § | |
| JOE TALAMANTES, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2014DCV0610) |
| | § | |

**MEMORANDUM OPINION**

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that Appellant, Erick Hernandez, has failed to file his brief or a motion for extension of time to file the brief, we dismiss the appeal for want of prosecution.

The Clerk of the Court notified Appellant that his brief was past due and no motion for extension of time had been filed. The letter advised Appellant that the Court intended to dismiss the appeal for want of prosecution unless Appellant responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 38.8(a)(1). Appellant has not filed the brief or an extension motion, and he has not filed any response to the Court's inquiry. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX.R.APP.P. 38.8(a)(1), 42.3(b), (c).

GINA M. PALAFOX, Justice

June 6, 2018

Before McClure, C.J., Rodriguez, and Palafox, JJ.